UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVIN SANFORD, individually, | No. 2:25-cv-00378-JNW |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES |
| HOME DEPOT U.S.A., INC., an individual, | |
| Defendant. | |

## <u>ORDER</u>

This matter came before the Court on the parties' Stipulated Motion to Continue Trial Date and Pre-Trial Deadlines, and the Court having reviewed and considered the parties' Stipulated Motion, IT IS HEREBY ORDERED:

1.  The parties' Stipulated Motion to Continue Trial Date and Pre-Trial Deadlines is GRANTED.

2.  Trial in this matter is continued to June 15, 2026.

3.  The Court Clerk shall issue a new case schedule in accordance with the new trial date.

DATED this 21st day of October, 2025.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING MOTION TO CONTINUE TRIAL DATE
AND PRE-TRIAL DEADLINES  - 1
(2:25-cv-00378-JNW)