UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVIN SANFORD, | CASE NO. 2:25-cv-00378-JNW |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOME DEPOT USA INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

In light of anticipated disruptions to transportation and courthouse access in downtown Seattle during mid-June 2026, and given the Parties' three-to-five-day trial estimate, the Court finds that striking the current trial date is warranted to ensure reliable juror attendance and safety and the orderly conduct of trial.

Accordingly, the Court ORDERS as follows:

(1) The trial date set for June 15, 2026, is STRICKEN.

(2) The Parties MUST submit joint status report within FOURTEEN (14) days of this Order identifying the dates on which trial counsel may have

MINUTE ORDER - 1

conflicts or other complications to be considered in setting a new trial date between July and October 2026.

Dated this 8th day of April 2026

Joshua C. Lewis

Clerk

*/s/Alejandro Pasaye Hernandez*

Deputy Clerk

MINUTE ORDER - 2